IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

   vs.

EDWARD E. LEWIS,

          Defendant.

**8:19CR386**

**ORDER**

This matter is before the court on Defendant's motion for compassionate release, Filing No. 174.   The Court reviewed the same and determined that the defendant had failed to indicate that he had exhausted his administrative remedies prior to filing said motion.   Accordingly, the Court filed an Order, Filing No. 178, giving the Defendant 60 days to file proof of exhaustion.   The Defendant has failed to file proof of exhaustion. The Court indicated that such failure would result in dismissal of his motion for compassionate relief.

THEREFORE, IT IS ORDERED THAT Defendant's motion for compassionate release, Filing No. 174, is denied.

Dated this 25th day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge